**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| TONY A. HICKMAN, )<br>ADC # 090793 )<br>   Petitioner, ) | **Case No. 5:12-CV-00309 SWW-JTK** |
| )<br>)<br>v. )<br>) | |
| RAY HOBBS, Director, )<br>Arkansas Department of Correction )<br>   Respondent. ) | |

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, judgment shall be entered dismissing this petition for writ of habeas corpus with prejudice.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

IT IS SO ORDERED this 31st day of May, 2013.

/s/Susan Webber Wright
United States District Judge