**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| TONY A. HICKMAN,<br>ADC # 090793<br>    Petitioner,<br><br>v.<br><br>RAY HOBBS, Director,<br>Arkansas Department of Correction<br>    Respondent. | )<br>)<br>)  **Case No. 5:12-CV-00309 SWW-JTK**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record in accordance with 28 U.S.C. § 636(b)(1)(C), the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, judgment shall be entered dismissing this petition with prejudice.[1]

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

IT IS SO ORDERED this 7th day of May 2014.

/s/Susan Webber Wright
United States District Judge

---

[1] The Court denies Petitioner's request for an evidentiary hearing [doc.#34].