# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | |
|---|---|
| TONY A. HICKMAN, )<br>ADC # 090793 )<br>   Petitioner, )<br>)<br>v. )<br>)<br>RAY HOBBS, Director, )<br>Arkansas Department of Correction )<br>   Respondent. ) | **Case No. 5:12-CV-00309 SWW-JTK** |

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the petition is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 7th day of May 2014.

/s/Susan Webber Wright

United States District Judge